United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3969
_____

Darrell A. Link,                         *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
      v.                                 *    District Court for the
                                         *    District of South Dakota.
Production Credit Association,           *
                                         *         [UNPUBLISHED]
            Appellee.                    *

_____

Submitted: February 27, 1998
Filed: March 5, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

        Darrell A. Link appeals from the district court's[1] affirmance of the bankruptcy court's[2] denial of his motion to reconsider.[3] Having reviewed the record and the

_____

        [1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

        [2]The Honorable Irvin N. Hoyt, Chief Judge, United States Bankruptcy Court for the District of South Dakota.

        [3]We do not address Link's challenge to the bankruptcy court's denial of his motion to set aside all orders, as Link did not timely appeal that denial to the district court.

parties' briefs, we conclude that Link's motion for reconsideration was properly denied. Accordingly, we affirm without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.